United States Courts
Southern District of Texas
FILED
DEC 19 2002
Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CIVIL ACTION NUMBER H-02-4863

B-03-017

**ORDER FOR CONFERENCE
AND
DISCLOSURE OF INTERESTED PARTIES**

1. Counsel shall appear for an initial pretrial and scheduling conference before

   **UNITED STATES DISTRICT MAGISTRATE JUDGE FRANCES H. STACY**

   ON April 1, 2003, AT 515 RUSK, AT 9:00AM
   7TH FLOOR, COURTROOM #702, 515 RUSK,
   HOUSTON, TX 77002

2. Counsel shall file with the clerk within fifteen days from receipt of this order a certificate listing all person, associations persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded</u>. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3. Fed. R. Civ.P.4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

4. After the parties confer as required by Fed.R.Civ.P.Rule26(f), counsel shall prepare and file not less than 10 days before the conference a joint report of meeting and joint discovery /case management plan containing the information required on the attached form.

5. The Magistrate Judge will enter a scheduling order and may rule on all non-dispositive pending motions at the conference. The parties must be prepared to argue all pending or anticipated motions of any sort.

6. Counsel who file or remove an action must serve a copy of this Order with the summons and complaint or with the notice of removal.

cc: Helen Tippen, Case Manager for Judge Harmon
    Beverly White, Case Manager for Judge Stacy
    ✓ Docket Clerk
    Attorney

7. Attendance by an attorney who has authority to bind the party is required at the conference. (Local Rule 8). The Court reserves the discretion of holding Conferences by phone.
8. Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and at the conference shall advise the Court of the results of their discussions.
9. A person litigating **pro se** is bound by the requirements imposed upon counsel in this order.
10. Failure to comply with this Order may results in sanctions, including dismissal of the action and assessment of fees and costs.
11. Any request for a reset of this Conference must be filed in writing no later than seven business days prior to the Conference date.

**MELINDA HARMON**
**U. S. DISTRICT JUDGE**