IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

DEC 3 1 2002

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JOHN A. FERRIS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-02-4863 |
| | § | B-03-017 |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO TRANSFER VENUE
## PURSUANT TO 28 U.S.C. § 1404(b)

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff John A. Ferris, Jr. and Defendant State Farm Lloyds file this Unopposed Motion To Transfer Venue pursuant to 28 U.S.C. § 1404(b) and S.D. Local Rule 7.2, and request an inter-division transfer of venue from the Houston Division to the Brownsville Division of the United States District Court for the Southern District of Texas, and would show the Court the following:

1. This case was removed to the Houston Division of the United States District Court for the Southern District of Texas on December 19, 2002. The underlying action, styled Cause No. 2002-11-4721-B, *John A. Ferris, Jr. v. State Farm Lloyds*, was filed on November 25, 2002 and was pending in the 138th Judicial District Court, Cameron County, Brownsville, Texas. The underlying action sought a declaration that State Farm Lloyds has a duty to defend John A Ferris, Jr. in another state court case, Cause No. 2002-03-001003-B, *Aldon Williams, M.D. et al. v. John Ferris, M.D., et al.*, also pending in the 138th Judicial District Court, Cameron County, Brownsville, Texas. Defendant State Farm Lloyds was served with Plaintiff's Original Petition and Citation in the underlying action on December 3, 2002 by

service on its registered agent for service of process.

2. Pursuant to 28 U.S.C. § 1404(b), the parties now request that the Court transfer this case to the Brownsville Division of the United States District Court for the Southern District of Texas. *See* 28 U.S.C. § 1404(b) ("Upon motion . . . any action . . . of a civil nature . . . may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district"); *Delgado v. Shell Oil Co.*, 890 F.Supp. 1315, 1323 (S.D.Tex. 1995).

3. For the convenience of the parties and witnesses, and in the interest of justice, both Plaintiff John A. Ferris, Jr. and Defendant State Farm Lloyds seek an inter-division transfer of venue from the Houston Division to the Brownsville Division of the United States District Court for the Southern District of Texas.

4. By agreeing to the transfer of venue, Plaintiff John A. Ferris does not waive his right to seek remand of this action based on the absence of federal subject matter jurisdiction or based on any defect in the removal, nor does Plaintiff admit any allegation in Defendant's Notice of Removal of Action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff John A. Ferris, Jr. and Defendant State Farm Lloyds respectfully request that the Court grant this Unopposed Motion to Transfer Venue and transfer this case to the Brownsville Division of the United States District Court for the Southern District of Texas.

Respectfully submitted,

THE FLEURIET SCHELL LAW FIRM LLP
621 E. Tyler
Harlingen, TX 78550
Telephone:   (956) 428-3030
Facsimile:   (956) 421-4339

By: *E.R. Fleuriet* (BY PERMISSION *David Plaut* SBN 16066030)
E.R. Fleuriet
Attorney-in-Charge
Southern District I.D. No. 1327
State Bar No. 07145500

ATTORNEY FOR PLAINTIFF

HANNA & PLAUT, L.L.P.
The Littlefield Building
106 East Sixth Street, Suite 520
Austin, Texas 78701
Telephone:   (512) 472-7700
Facsimile:   (512) 472-0205

By: _____
David L. Plaut
Attorney-in-Charge
Southern District I.D. No. 13353
State Bar No. 16066030
Catherine L. Hanna
Southern District I.D. No. 13577
State Bar No. 08918280

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, on this __30TH__ day of December, 2002 to:

Mr. E.R. Fleuriet
The Fleuriet Schell Law Firm, LLP
621 E. Tyler
Harlingen, TX 78550

_____
David L. Plaut

**UNOPPOSED MOTION TO TRANSFER VENUE**
**PURSUANT TO 28 U.S.C. § 1404(b), Page 4**