IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Tex:
FILED
DEC 3 1 2002
Michael N. Milby, Clerk

| | | |
|---|---|---|
| JOHN A. FERRIS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-02-4863 |
| | § | |
| STATE FARM LLOYDS, | § | B-03-017 |
| | § | |
| Defendant. | § | |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE MELINDA HARMON:

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties ¶ 2, Counsel for Defendant State Farm Lloyds files this Certificate of Parties "that are financially interested in the outcome of this litigation":

1. Plaintiff John A. Ferris, Jr.;

2. Mr. E.R. Fleuriet
   State Bar No. 07145500
   the Fleuriet Schell Law Firm, L.L.P.
   621 E. Tyler
   Harlingen, Texas 78550
   Telephone:   (956) 428-3030
   Facsimile:   (956) 421-4339
   **Attorney for Plaintiff John A. Ferris, Jr.**

3. Defendant State Farm Lloyds; and

4. Mr. David L. Plaut
   Attorney-in-Charge
   Southern District I.D. No. 13353
   State Bar No. 16066030
   Ms. Catherine L. Hanna
   Southern District I.D. No. 13577
   State Bar No. 08918280
   Hanna & Plaut, L.L.P.
   The Littlefield Building
   106 East Sixth Street, Suite 520
   Austin, Texas 78701
   Telephone:   (512) 472-7700
   Facsimile:   (512) 472-0205

   **Attorneys for Defendant State Farm Lloyds**

Respectfully submitted,

HANNA & PLAUT, L.L.P.
The Littlefield Building
106 East Sixth Street, Suite 520
Austin, Texas 78701
Telephone:   (512) 472-7700
Facsimile:   (512) 472-0205

By: _____
David L. Plaut
Attorney-in-Charge
Southern District I.D. No. 13353
State Bar No. 16066030

ATTORNEY FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, on this 30th day of December, 2002 to:

Mr. E.R. Fleuriet
The Fleuriet Schell Law Firm, LLP
621 E. Tyler
Harlingen, TX 78550

_____
David L. Plaut