IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| JOHN A. FERRIS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-02-4863 |
| | § | |
| STATE FARM LLOYDS, | § | B-03-017 |
| | § | |
| Defendant. | § | |

**CERTIFICATE OF SERVICE OF ORDER FOR CONFERENCE
AND DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE MELINDA HARMON:

Counsel for Defendant State Farm Lloyds files this Certificate of Service and represents that on this day the Court's Order for Conference and Disclosure of Interested Parties was forwarded to Counsel for Plaintiff John A. Ferris, Jr.

> Respectfully submitted,
> HANNA & PLAUT, L.L.P.
> The Littlefield Building
> 106 East Sixth Street, Suite 520
> Austin, Texas 78701
> Telephone: (512) 472-7700
> Facsimile: (512) 472-0205
>
> By: _____
> David L. Plaut
> Attorney-in-Charge
> Southern District I.D. No. 13353
> State Bar No. 16066030
>
> ATTORNEY FOR DEFENDANT
> STATE FARM LLOYDS



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, on this 30th day of December, 2002 to:

Mr. E.R. Fleuriet
The Fleuriet Schell Law Firm, LLP
621 E. Tyler
Harlingen, TX 78550

_____
David L. Plaut