IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JAN 0 3 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOHN A. FERRIS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-02-4863 |
| | § | B-03-017 |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING UNOPPOSED MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(b)

On this 2nd day of January 2003, came on to be heard the parties' Unopposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(b), and the Court, having read the Motion, is of the opinion that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that the above-referenced cause is transferred to the United States District Court for the Southern District of Texas, Brownsville Division.

SIGNED this 2nd day of January, 2003.

_____
Judge Presiding

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By: _____
Deputy Clerk

APPROVED AS TO FORM:

THE FLEURIET SCHELL LAW FIRM LLP
621 E. Tyler
Harlingen, TX 78550
Telephone:   (956) 428-3030
Facsimile:   (956) 421-4339

By: _E.R. Fleuriet_ (BY PERMISSION _David Plaut_ SBN 16066030 )
E.R. Fleuriet
Attorney-in-Charge
Southern District I.D. No. 1327
State Bar No. 07145500

ATTORNEY FOR PLAINTIFF

HANNA & PLAUT, L.L.P.
The Littlefield Building
106 East Sixth Street, Suite 520
Austin, Texas 78701
Telephone:   (512) 472-7700
Facsimile:   (512) 472-0205

By: _David L. Plaut_
David L. Plaut
Attorney-in-Charge
Southern District I.D. No. 13353
State Bar No. 16066030
Catherine L. Hanna
Southern District I.D. No. 13577
State Bar No. 08918280

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

ORDER GRANTING UNOPPOSED MOTION TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404(b), Page 2