IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN A. FERRIS, JR.<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | CAUSE NO. B-03-017 |
| STATE FARM LLOYDS,<br>*Defendant* | §<br>§<br>§ | |

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to the court's Order Setting Conference, the undersigned counsel for plaintiff, Dr. John A. Ferris, Jr., discloses the following persons who may have a financial interest in this litigation:

1. Dr. John A. Ferris, Jr.
   1706 Ed Carey Dr.
   Harlingen, TX 78550

2. Edwin R. Fleuriet
   Richard D. Schell
   **THE FLEURIET SCHELL LAW FIRM LLP**
   621 East Tyler
   Harlingen, Texas 78550

3. State Farm Lloyds
   17301 Preston Road
   Dallas, Texas 75252

4. David L. Plaut
   Hanna & Plaut, L.L.P.
   The Littlefield Building
   106 E. 6th Street, Suite 520
   Austin, Texas 78701

5.  Undisclosed underwriters of the unincorporated association doing business as State Farm Lloyds. Said underwriters may include the following persons who are alleged to be residents of Illinois:

   a.  James Alan Ament
   b.  Barbara Rae Cowden
   c.  Gary Grant
   d.  David Heath Hays
   e.  John Joseph Killian
   f.  Kurt George Moser
   g.  John Warren North
   h.  James Ellwyn Rutrough, Jr.
   i.  William Donald Sullivan
   j.  Susan Marie Watkins
   k.  Michael Steven Way
   l.  Kenneth Stephen Williams

DATED: January 30, 2003.

Respectfully submitted,

E. R. Fleuriet
Attorney-in-Charge
State Bar No. 17145500
Federal I. D. No. 1327
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)
*erf@fleurietschell.com*

Of Counsel:

**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)

**CERTIFICATE OF INTERESTED PERSONS - Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following in the manner indicated below:

David L. Plaut
**HANNA & PLAUT, L.L.P.**
The Littlefield Building
106 E. 6th Street, Suite 520
Austin, Texas 78701
*VIA U.S. Mail*

on this 30 day of January, 2003.

E. R. Fleuriet