IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN A. FERRIS, JR., <br> *Plaintiff* | § § § | |
| v. | § § | CAUSE NO. B-03-017 |
| STATE FARM LLOYDS, <br> *Defendant* | § § § | |

## PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM

Plaintiff John A. Ferris, Jr. files this his Reply to the Counterclaim filed by Defendant State Farm Lloyds, showing the Court the following:

1. Counter-Defendant Ferris in reply to paragraph 19 admits that State Farm is attempting to state a Counterclaim but denies this Court has jurisdiction pursuant to 28 U.S.C. §§ 1332 and 2201.

2. Counter-Defendant Ferris in reply to paragraph 20 admits that this action is currently removed to this Court and admits that this suit is between citizens of different states. Counter-Defendant Ferris denies that the amount in controversy as sued on by Counter-Defendant Ferris exceeds the sum or value of $75,000. Counter-Defendant Ferris denies any implication in paragraph 20 that, in his original petition, Ferris seeks a declaration as to State Farm's duty to indemnify. To the contrary, Counter-Defendant's suit seeks a declaration as to the

<u>duty to defend</u> only. Counter-Defendant denies jurisdiction in this Court pursuant to 28 U.S.C. § 2201.

3. Counter-Defendant Ferris denies in reply to paragraph 21 that venue is appropriate in the Southern District of Texas, Brownsville Division insofar as this Court has no jurisdiction of this controversy.

4. Counter-Defendant Ferris denies that State Farm is entitled to any of the relief it seeks in paragraph 22.

5. Counter-Defendant Ferris admits the averments in paragraph 23 except Counter-Defendant Ferris denies that the cost of defending the underlying action is a sum in excess of the minimum jurisdictional limits of this Court. Counter-Defendant Ferris can neither admit nor deny that the cost of paying any judgment rendered to indemnify Dr. Ferris is a sum in excess of the minimum jurisdictional limits of this Court since such amount is purely speculative. Counter-Defendant denies that State Farm can meet the minimum jurisdictional limits of this court by seeking a declaration on the duty to indemnify. A defendant cannot create jurisdiction with a counterclaim.

6. Counter-Defendant Ferris admits that the present dispute had its inception in a lawsuit pending in Cameron County, Texas as alleged in paragraph 24. Counter-Defendant Ferris denies that the underlying lawsuit is only a "DTPA Action" but admits that Plaintiffs in the underlying suit have sued Dr. Ferris for allegedly making fraudulent representations in connection with the sale of real

estate. Counter-Defendant Ferris admits that State Farm denied coverage and a defense from the allegations in the Fourth Amended Petition.

7.　Counter-Defendant Ferris admits in reply to paragraph 25 that the Underlying Petition alleges what it alleges, a correct copy of which is attached to State Farm's Counterclaim as Exhibit 1.

8.　Counter-Defendant Ferris admits in reply to paragraph 26 that the Underlying Petition alleges what it alleges, a correct copy of which is attached to State Farm's Counterclaim as Exhibit 1.

9.　The averments of paragraph 27 are denied.

10.　The averments of paragraph 28 are denied.

Respectfully submitted,

_____
E. R. Fleuriet
Attorney-in-Charge
State Bar No. 17145500
Federal I. D. No. 1327
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)
*erf@fleurietschell.com*

Of Counsel:

**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following in the manner indicated below:

David L. Plaut
**HANNA & PLAUT, L.L.P.**
The Littlefield Building
106 E. 6th Street, Suite 520
Austin, Texas 78701
*VIA U.S. Mail*

on this __13__ day of __February__, 2003.

                                                    E. R. Fleuriet