IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN A. FERRIS, JR., *Plaintiff* | § § § | |
| v. | § § | CAUSE NO.  B-03-017 (UNOPPOSED) |
| STATE FARM LLOYDS, *Defendant* | § § § | |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff John A. Ferris, Jr. files this his Unopposed Motion for Extension of Time to File Response to Defendant's Motion for Summary Judgment, respectfully showing the Court the following:

**I.**

Plaintiff received Defendant State Farm Lloyds' Motion for Summary Judgment by certified mail on February 14, 2003. E. R. Fleuriet, attorney-in-charge for Plaintiff, departed for a two week vacation in France the day before, February 13, 2003 and did not return to Harlingen until Tuesday, February 25, 2003.

**II.**

The current submission date on Defendant's Motion for Summary Judgment is March 4, 2003. Plaintiff moves this Court to grant an extension of the submission date to March 17, 2003 to accommodate the fact that Plaintiff's counsel was on vacation out of the country for 12 days of the 20 day submission period.

III.

Defendant does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff John A. Ferris, Jr. respectfully requests this Court to extend the submission date on Defendant State Farm Lloyds' Motion for Summary Judgment to March 17, 2003.

DATED this 27th day of February, 2003.

Respectfully submitted,

_____
E. R. Fleuriet
Attorney-in-Charge
State Bar No. 17145500
Federal I. D. No. 1327
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)
*erf@fleurietschell.com*

Of Counsel:

**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following in the manner indicated below:

David L. Plaut
**HANNA & PLAUT, L.L.P.**
The Littlefield Building
106 E. 6th Street, Suite 520
Austin, Texas 78701
*VIA U.S. Mail*

on this ____ day of _____, 2003.

E. R. Fleuriet