IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN A. FERRIS, JR., *Plaintiff* | § § § | |
| v. | § | CAUSE NO. B-03-017 |
| STATE FARM LLOYDS, *Defendant* | § § § § | (UNOPPOSED) |

### ORDER

BE IT REMEMBERED that on this day came on for consideration Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant's Motion for Summary Judgment and the Court after considering same is of the opinion that the motion to extend the submission date on Defendant's Motion for Summary Judgment should be extended as requested; it is therefore

ORDERED that the submission date for Defendant State Farm Lloyds' Motion for Summary Judgment shall be March 17, 2003.

DONE at Brownsville, Texas this 5 day of March, 2003.

_____
UNITED STATES DISTRICT JUDGE

ORDER