United States District Court
Southern District of Texas
FILED

APR 2 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN A. FERRIS, JR., <br> *Plaintiff* | § <br> § <br> § | |
| v. | § <br> § | CAUSE NO. B-03-017 <br> **(UNOPPOSED)** |
| STATE FARM LLOYDS, <br> *Defendant* | § <br> § <br> § | |

## JOINT MOTION TO DISMISS

Plaintiff John A. Ferris, Jr. and Defendant State Farm Lloyds file this their Joint Motion to Dismiss, respectfully showing the Court the following:

I.

Plaintiff and Defendant each seek to dismiss with prejudice their claims and counterclaims as to the subject matter of this action, to wit: Plaintiffs' Fourth Amended Petition filed in the 138th Judicial District Court of Cameron County, Texas, Cause No. 2002-03-001003-B styled *Aldon Williams, M.D., et al. v. John Ferris, M.D., et al.* The dismissal with prejudice shall not affect either party's right to seek relief as to any subsequent petition filed by the state court Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff John A. Ferris, Jr. and Defendant State Farm Lloyds jointly move this Court to dismiss with prejudice their claims and counterclaims pursuant to the Unopposed Order of Dismissal submitted herewith.

DATED this 18TH day of April, 2003.

                                                Respectfully submitted,

                                                E. R. Fleuriet
                                                Attorney-in-Charge
                                                State Bar No. 17145500
                                                Federal I. D. No. 1327
                                                621 E. Tyler
                                                Harlingen, Texas 78550
                                                (956) 428-3030
                                                (956) 421-4339 (fax)
                                                *erf@fleurietschell.com*

Of Counsel:

**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (fax)

                                                HANNA & PLAUT, L.L.P.
                                                The Littlefield Building
                                                106 East Sixth Street, Suite 520
                                                Austin, TX 78701
                                                Telephone: (512)472-7700
                                                Facsimile: (512)472-0205
                                                Email:      dplaut@hannaplaut.com

                                                By: _____
                                                David L. Plaut
                                                Attorney-in-Charge
                                                Southern District I.D. No. 13353
                                                State Bar No. 16066030
                                                Catherine L. Hanna
                                                Southern District I.D. No. 13577
                                                State Bar No. 08918280

                                                ATTORNEYS FOR DEFENDANT
                                                STATE FARM LLOYDS