IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JOHN A. FERRIS, JR., <br> *Plaintiff* | § § § | |
| v. | § | CAUSE NO. B-03-017 |
| | § | **(UNOPPOSED)** |
| STATE FARM LLOYDS, <br> *Defendant* | § § § | |

## ORDER OF DISMISSAL

Plaintiff John A. Ferris, Jr. and Defendant State Farm Lloyds having filed their Joint Motion to Dismiss claims and counterclaims asserted one against the other, it is hereby

ORDERED that all claims of Plaintiff John A. Ferris, Jr. and counterclaims of Defendant State Farm Lloyds as to the subject matter of this litigation, to wit: Plaintiffs' Fourth Amended Petition filed in the 138th Judicial District Court of Cameron County, Texas, Cause No. 2002-03-001003-B styled *Aldon Williams, M.D., et al. v. John Ferris, M.D., et al.*, are hereby dismissed with prejudice; it is further

ORDERED that this dismissal does not affect the right of either party to seek relief, declaratory or otherwise, against the other with respect to any subsequent petition filed by Plaintiffs in Cause No. 2002-03-1003-B styled *Aldon Williams, M.D., et al. v. John Ferris, M.D., et al.* in the 138th Judicial District Court of Cameron County, Texas.

Costs of Court are taxed against the party incurring same.

DONE this 25 day of April, 2003.

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2