**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

Ronald Carney
952 E. Levee St.
Brownsville, TX. 78520

1:03-cv-0017



MOVED, LEFT
NO ADDRESS

CARN952  78520>200%1N   06  09/07/04
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

RETURN TO SENDER

Southern District of Texas
RECEIVED

SEP 2 0 2004

Michael N. Milby, Clerk



01ZH8202949
$00.37⁰
09/01/2004
Mailed From 77002
US POSTAGE
Hasler